UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RUPERTO PEREDA, et al.,

                                **Plaintiffs,**

                      -against-

SERF TWO, INC., et al.,

                             **Defendants.**

-------------------------------------------------------------------X

**18-CV-08647 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiffs bring claims under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. The Court conducted a settlement conference on February 14, 2019, and on May 28, 2019, the parties filed a proposed settlement agreement for the Court's review. ECF Nos. 17, 27. Having reviewed the parties' submission, the Court finds that the proposed agreement is fair and reasonable in accordance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement agreement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       June 4, 2019
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/4/2019